IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

XAVAR TYLER, )
 )
       Plaintiff, )
 )
       v. ) 1:21CV496
 )
CATHERIN WARREN, et al., )
 )
       Defendant(s). )

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. However, the Court cannot further process the Complaint for the following reason:

1.       Pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed *in forma pauperis* in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). In this Court alone, Plaintiff had over three cases dismissed on the grounds that they were frivolous prior to filing the current lawsuit. (1:19CV167; 1:19CV586; 1:20CV266; 1:20CV343.) The Complaint does not contain facts demonstrating that he is in imminent danger of serious physical injury.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $402.00 filing fee. If Plaintiff believes he can meet these requirements, he should request the proper forms from the Clerk's Office.

It also appears that Plaintiff is attempting to challenge a state court criminal conviction or sentence. If so, a § 1983 action is not a proper method for such a challenge. Instead, Plaintiff must file a petition for a writ of habeas corpus under 28 U.S.C. § 2254 after exhausting any available state court remedies. If Plaintiff seeks to file under § 2254, he should request the proper forms from the Clerk's Office.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited above and is accompanied by the applicable filing fee.

This, the 29th day of November, 2021.

      /s/ Joi Elizabeth Peake
United States Magistrate Judge